McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
(973) 624-7070 (FAX)
Attorneys for Defendants
    Zimmer Holdings, Inc., and Zimmer, Inc.

EJF - 3747 (Edward J. Fanning, Jr., Esq.)
ZR - 4330 (Zane C. Riester, Esq.)

So Ordered this 15th day of March, 2012

Susan D. Wigenton, U.S.D.J.

| | |
|---|---|
| JAMES CABRAL,<br><br>                    Plaintiff,<br><br>v.<br><br>ZIMMER HOLDINGS, INC., and ZIMMER, INC.,<br><br>                    Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>Civil Case No. 2:10-cv-04636 (SDW/MCA)<br><br>MDL No. 2158<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The plaintiff, James Cabral ("Plaintiff"), and the defendants, Zimmer Holdings, Inc., and Zimmer, Inc. ("Defendants"), by their respective counsel, stipulate that all of Plaintiff's claims against Defendants are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Attorneys for Plaintiff James Cabral

By: _____
    Wendy R. Fleishman

Dated: 2/20/2012

MCCARTER & ENGLISH, LLP
Attorneys for Defendants Zimmer
Holdings, Inc., and Zimmer, Inc.

By: _____
    Edward J. Fanning, Jr.
    A Member of the Firm

Dated: 3/13/12

BDDB01 6621008v1